No. 4155.—PUEBLO, apldo., *v.* MARINI, aplte.—C. D. Arecibo. Acometimiento y agresión grave. Junio 16, 1930.

No. 4161.—PUEBLO, apldo., *v.* RIVERA, aplte.—C. D. San Juan. Acometimiento y agresión. Junio 16, 1930.

No. 4162.—PUEBLO, apldo., *v.* GASTÓN, aplte.—C. D. San Juan. Acometimiento y agresión grave. Junio 16, 1930.

No. 4163.—PUEBLO, apldo., *v.* RAMOS, aplte.—C. D. San Juan. Acometimiento y agresión grave. Junio 16, 1930.

No. 4168.—PUEBLO, apldo., *v.* GARCÍA, aplte.—C. D. Humacao. Homicidio voluntario. Junio 16, 1930.

No. 4169.—PUEBLO, apldo., *v.* MOLINA, aplte.— C. D. Humacao. Infracción Ley de Automóviles. Junio 16, 1930.

No. 4170.—PUEBLO, apldo., *v.* FONTÁNEZ, aplte.—C. D. Humacao. Infracción Ley de Sanidad. Junio 16, 1930.

No. 4181.—PUEBLO, apldo., *v.* MATÍAS, aplte.—C. D. Arecibo. Hurto de mayor cuantía. Junio 23, 1930.

No. 4179.—PUEBLO, apldo., *v.* SEGARRA, aplte.—C. D. Arecibo. Infracción Ley Nacional de Prohibición. Junio 23, 1930.

No. 4175.—PUEBLO, apldo., *v.* PABÓN, aplte.—C. D. Arecibo. Daños maliciosos. Junio 23, 1930.

No. 4174.—PUEBLO, apldo., *v.* MAISONET, aplte.—C. D. Arecibo. Infracción Ley de Prohibición Nacional. Junio 23, 1930.

No. 4185.—PUEBLO, apldo., *v.* RIVERA, aplte.—C. D. San Juan. Portar armas. Junio 23, 1930.

No. 4193.—PUEBLO, apldo., *v.* PÉREZ, aplte.—C. D. Arecibo. Escalamiento en primer grado. Junio 23, 1930.

No. 4194.—PUEBLO, apldo., *v.* IRIARTE, aplte.—C. D. Arecibo. Delito contra natura. Junio 23, 1930.

No. 4195.—PUEBLO, apldo., *v.* RIVERA, aplte.—C. D. Arecibo. Incesto. Junio 23, 1930.

No. 4197.—PUEBLO, apldo., *v.* SANTIAGO ET AL., apltes.— C. D. Arecibo. Escalamiento en primer grado. Junio 23, 1930.